UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00421

**James P. Richardson,**
*Plaintiff,*

v.

**Sheri Waldrop et al.,**
*Defendants.*

# ORDER

Plaintiff James P. Richardson, an inmate at the Smith County Jail proceeding pro se, filed this lawsuit pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell. On January 5, 2022, the magistrate judge issued a report recommending that plaintiff's civil-rights lawsuit be dismissed without prejudice for plaintiff's failure to comply with an order of the court. Doc. 5. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed without prejudice for plaintiff's failure to comply with an order of the court.

*So ordered by the court on February 9, 2022.*

J. CAMPBELL BARKER
United States District Judge